ADAM PAUL LAXALT
  Attorney General
IZAAC ROWE (Bar No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3210
Fax: (702) 486-3773
E-mail: irowe@ag.nv.gov

Attorneys for Defendants Brian Williams,
Nancy Flores, Dwayne Deal, and James Dzurenda

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON CHRISTOPHER RAGLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-02581-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, BRANDON CHRISTOPHER RAGLAND and Defendants BRIAN WILLIAMS, NANCY FLORES, DWAYNE DEAL, and JAMES DZURENDA, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, that the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

Dated 15th day of March, 2018.

By: /s/ Brandon Christopher Ragland
Brandon Christopher Ragland
*Attorneys for Plaintiff*

Dated 15th day of March, 2018.

By: /s/ Izaac Rowe
Izaac Rowe, Esq.
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, #3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE